# United States District Court
## Violation Notice

EV64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7882102 | MARTIN | 447 |

7882102

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/03/2025 1600 | 36 CFR 2.23(b) |

**Place of Offense:** GFVA

**Offense Description: Factual Basis for Charge:** PP25102994
ENTERING FEE AREA W/O PAYING

HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** CONTEH
**First Name:** MAMOUD

**Street Address:** [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 5GN2353 | MD | 12 | BMW 528 | | 4DR WH |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

MA

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE

**Court Address:** U.S. District Court
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100

**Date:** 10/16/25
**Time:** 0900

X Defendant Signature _____
(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 08/26/2025 12:57

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 08/26/2025 12:57